

FILED

NOV 0 3 2005

RICHARD W.

1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant DANTE M. SUGUITAN, JR.

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )
                                    )   No. CR 05–70829-HRL
11         Plaintiff,               )
                                    )   **ORDER FOR NON-CUSTODIAL**
12                                  )   **TRANSPORTATION**
      v.                            )
13                                  )
                                    )
14 DANTE M. SUGUITAN JR.,           )
                                    )
15         Defendant.               )
   _____)
16

17     Pursuant to 18 U.S.C. § 4285, the Court having found that Mr. Suguitan is financially unable to

18 provide the necessary transportation to appear in court on November 28, 2005 at 9 a.m. in Atlanta,

19 Georgia, the United States Marshal Service is to provide him with one-way airfare for travel from

20 San Jose, California to Atlanta, Georgia. The U.S. Marshal is also ordered to provide Mr. Suguitan

21 with a $164.00 per diem allowance for his housing and subsistence expenses while in Atlanta. The

22 U.S. Marshal should contact Mr. Suguitan's counsel, Assistant Federal Public Defender Angela

23 Hansen, to coordinate travel arrangements.

24

25 DATED: November 2, 2005

                                        _____
                                        PATRICIA V. TRUMBULL
26                                      United States Magistrate Judge